**Juan Carlos NORDETTUR; Maria Cristia Iban Baron, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–75322.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 22, 2006.

Elsa I. Martinez, Esq., Martinez Goldsby & Associates, Los Angeles, CA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Jeffrey J. Bernstein, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

Juan Carlos Nordettur and Maria Cristia Iban Baron, natives and citizens of Cuba, petition for review of the Board of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Immigration Appeals' ("BIA") decision summarily affirming an immigration judge's ("IJ") order denying their motion to reopen proceedings conducted in absentia. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion, *Singh v. INS,* 213 F.3d 1050, 1052 (9th Cir.2000), and we deny the petition for review.

Petitioners' contention that their reliance on the fraudulent advice of a notary caused them to miss their hearing was not properly presented to the IJ or to the BIA. Accordingly, we lack jurisdiction to consider the issue.

**PETITION FOR REVIEW DENIED**